IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

IN THE MATTER OF:                                    CASE NO.: 8-09-cv-2230-T-33AEP

THE COMPLAINT OF OLYMPIA DEVELOPMENT
GROUP, INC., AS OWNER OF THE MOTOR VESSEL
ATHENA, Its Engines, Tackle, Appurtenances, Equipment,
Etc., IN A CAUSE OF EXONERATION FROM OR
LIMITATION OF LIABILITY.
_____/

## ORDER ON *AD INTERIM* STIPULATION, MONITION AND INJUNCTION

A Complaint having been filed herein on November 2, 2009 by OLYMPIA DEVELOPMENT GROUP, INC. as owner of the motor vessel *ATHENA* (the "Vessel") claiming the benefits of exoneration from or limitation of liability as provided for in the Act of Congress embodied in 46 U.S.C. § 30501, *et seq.*, together with all statutes supplementary thereto and amendatory thereof, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and also contesting liability independently of the limitation of liability claim under said Act for any loss, damage, deaths, personal injuries, damage or destruction of property or other occurrences arising from the incident described in said Complaint which occurred on February 25, 2009 near Hurricane Pass in Pinellas County, Florida, and said Complaint also stating the facts and circumstances on which such exoneration from or limitation of liability is claimed; and on hearing counsel for Plaintiff and on considering the Complaint and the Affidavit of Value which are on file herein, and that Plaintiff is able and willing to make such increases or decreases in the *Ad Interim* Stipulation, together with adequate surety as the Court may from time to time require and the value of Plaintiff's interest in said vessel can be more definitely ascertained, the Court finds that an *Ad Interim* Stipulation in the

amount of $75,000.00, in addition to interest at the rate of six percent (6%) per annum and costs of Court is adequate to fully cover the value of Plaintiff's interest in the Vessel, her engines, tackle, appurtenances, etc., and her pending freight, if any.

NOW, on motion of Hamilton, Miller & Birthisel LLP, Attorneys for Plaintiff, it is hereby

**ORDERED** that Plaintiff file herein an *Ad Interim* Stipulation, for the value of Plaintiff's interest in the Vessel, her pending freight, if any, as fixed by the Court herein in the amount of $75,000.00, including costs of Court and interest at the rate of six percent (6%) per annum, with Plaintiff subject to such increases or decreases in the amount of such *Ad Interim* Stipulation, together with adequate surety, as the Court may from time to time order according to the rules and practices of this Court; and it is further

**ORDERED** that any party, including Plaintiff, may apply to have the amount of said *Ad Interim* Stipulation increased or decreased, as the case may be, on the filing of the report of the Commissioner appointed, if any, to appraise the amount or value of Plaintiff's interest in said Vessel and its pending freight, if any, or upon the ultimate determination by the Court on exceptions to the Commissioner's report, if any; and it is further

**ORDERED** that if the amount of said *Ad Interim* Stipulation is not contested by any Claimant herein; said *Ad Interim* Stipulation shall stand as a stipulation for value and an appraisal by a Commissioner will not be required; and

**IT IS FURTHER ORDERED AND ADJUDGED** that a notice shall be issued by the Clerk of this Court advising and admonishing all persons asserting claims for any and all losses, damages, injuries, deaths, or destruction allegedly as a result of the occurrences and happenings recited in the Complaint, to file their respective claims with the Clerk, United States District

Court for the Middle District of Florida, Sam M. Gibbons, U.S. Courthouse 801 North Florida Avenue, Tampa, Florida 33602, on or before December 11, 2009, and serve on Plaintiff's attorney, Hamilton, Miller & Birthisel LLP, 100 S. Ashley Dr., Ste. 1210, Tampa, Florida 33602, a copy thereof, or be defaulted and if any claimant desires to contest Plaintiff's right to exoneration from or limitation of liability, Claimant shall file and serve on Plaintiff's attorney an answer to the Complaint, on or before said date, unless his claim has included an answer to the Complaint so designated, or be defaulted; it is further

**ORDERED AND ADJUDGED** that publication of the aforesaid notice in the form required by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure be published in the Florida Times Union once a week for four successive weeks prior to the date fixed for the filing of claims in accordance with Local Admiralty and Maritime Rule 7.01(g), shall stand as if it were issued out of and under the seal of this Court. It is further

**ORDERED AND ADJUDGED** that the commencement or further prosecution of any action or proceeding against Plaintiff, the vessel or any other property of Plaintiff with respect to any claims for which Plaintiff seek exoneration from or limitation of liability herein, including any claim arising out of or incident to or connected with any loss, damage, injury, death or destruction, more fully described in the Complaint, be and the same is hereby restrained, stayed and enjoined until the hearing and determination of this action. It is further

**ORDERED AND ADJUDGED** that service of this Order as a restraining order may be made by mailing a conformed copy of it to the person or persons to be restrained, or to their respective attorneys, or alternatively, by hand delivery.

**IT IS FINALLY ORDERED AND ADJUDGED** that Plaintiff, no later than the second day of publication of the notice ordered herein, shall mail a copy of the notice to every person or entity known to have made a claim against Plaintiff or the vessel arising out of the incident more fully described in the Complaint.

**DONE AND ORDERED** in Chambers at Tampa, Florida this 6th day of November, 2009.

UNITED STATES DISTRICT JUDGE

Copies furnished to:

**ROBERT B. BIRTHISEL, ESQ.**
Florida Bar No.: 906654
Hamilton, Miller & Birthisel, LLP
100 S. Ashley Dr., Suite 1210
Tampa, Florida 33602
Telephone: 813.223.1900
Facsimile: 813.223.1933
rbirthisel@hamiltonmillerlaw.com