IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

IN THE MATTER OF: CASE NO.: 8-09-cv-2230 T-33AEP

THE COMPLAINT OF OLYMPIA DEVELOPMENT
GROUP, INC., AS OWNER OF THE MOTOR VESSEL
ATHENA, Its Engines, Tackle, Appurtenances, Equipment,
Etc., IN A CAUSE OF EXONERATION FROM OR
LIMITATION OF LIABILITY.
_____/

## MONITION

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO THE MARSHAL OF THE UNITED STATES OF AMERICA FOR THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA:

GREETINGS:

WHEREAS, a Complaint was filed in the United States District Court for the Middle District of Florida on November 2, 2009 by Plaintiff, OLYMPIA DEVELOPMENT GROUP, INC., as owner of the motor vessel *ATHENA*, Official Number 1039295, seeking exoneration from, or limitation of, its liability concerning any and all personal injury, property damage, destruction or other losses occasioned by or arising out of the marine casualty set forth in the aforesaid Complaint, for reasons and causes in said Complaint, and praying that a Monition and Injunction for those reasons be issued, and that all persons or corporations claiming any and all personal injury, property damage, destruction or other losses, caused by or resulting from the marine casualty set forth in the Complaint be thereby cited to appear and file their respective claims with the Clerk of this Court, and to make due process thereof and citing them to file their answers to the Complaint and all the proceedings be had, if it shall appear that Plaintiff is not

liable for any personal injury, property damage, destruction or other losses, it may be so finally decreed by this Court; and,

WHEREAS, Plaintiff has filed herein an *Ad Interim* Stipulation for Costs and Value, representing the value of the Plaintiff's interest in the subject motor vessel *ATHENA*, Official Number 1039295, within ten (10) days after the entry of an Order herein appraising the value of the Plaintiff's interest in the subject motor vessel *ATHENA*, Official Number 1039295, will pay the amounts so fixed into this Court or will file with the Court a stipulation for value in the usual form and with approved surety;

YOU ARE THEREFORE COMMANDED TO CITE PERSONS OR CORPORATIONS, in respect of which the Plaintiff seeks limitation, to file their respective claims with the Clerk of this Court and to serve on or mail to the Plaintiff's attorneys copies thereof on or before December 11, 2009, and citing such claimants to appear and respond to the Complaint herein on or before December 11, 2009, or within such time as the Court may grant and what you have done in the premises do you then make return to the Court together with this writ.

WITNESS, _Virginia M H Covington_, Judge of the United States District Court for the Middle District of Florida, this November __6th__, 2009.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
**ROBERT B. BIRTHISEL, ESQ.**
Florida Bar No.: 906654
Hamilton, Miller & Birthisel, LLP
100 S. Ashley Dr., Suite 1210
Tampa, Florida 33602
Telephone: 813.223.1900
Facsimile: 813.223.1933
rbirthisel@hamiltonmillerlaw.com