**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**IN ADMIRALTY**

**OLYMPIA DEVELOPMENT GROUP,
INC., as owner of the motor vessel Athenia,
its Engines, Tackle, Appurtenances,
Equipment, etc., in a cause of exoneration
from or limitation of liability,**

    Plaintiff,

v.                                       **CASE NO. 8:09-cv-2230-T-33-AEP**

**NON-FILING CLAIMANTS, SALVATORE
DODARO, and MARIA FARINELLA,**

    Defendants.
_____/

## ORDER

This Cause is before the Court on Plaintiff Olympia Development Group. Inc.'s ("Olympia Development") Motion for Default Against Non-Filing Claimants (Dkt. No. 20), which was filed on December 17, 2009. Olympia Development requested that the Court enter a default judgment against all persons and entities who have failed to file claims or answers by the Monition deadline of December 11, 2009.[1]

Pursuant to Rule F, Supplemental Rules for Admiralty or Maritime Claims, Olympia Development filed this action on November 2, 2009, to limit liability arising out of an incident involving the motor vessel *ATHENA*, alleged to have occurred on or about February 25, 2009.

---

[1] The Clerk entered a default against the non-filing claimants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure on December 17, 2009. (Dkt. No. 17).

(Dkt. No. 1.) On November 6, 2009, the Court entered a Monition which, *inter alia*, directed potential claimants to appear and respond to the action on or before December 11, 2009. (Dkt. No. 5.)

In accordance with Supplemental Rule F(4) and Local Admiralty Rule 7.06(b), Olympia Development filed a Proof of Publication indicating that the Notice of Monition was published in The Free Press, a daily newspaper published in Tampa, Hillsborough County, Florida, in the issues of November 14, 21, 28, and December 5, 2009, The Notice of Monition further indicated that the failure to timely file a claim and/or answer by December 11, 2009 could result in the waiver of the right to file a claim and/or answer. (*See* Dkt. No. 12 Aff. of Publication.)

Claimants Salvatore Dodaro and Maria Farinella have filed an answer and affirmative defenses and claim in this case. (*See* Dkt. Nos. 8-11.) No other potential claimants to this action - other passengers aboard the *ATHENA* - have filed answers and/or claims, or otherwise appeared in this action.

Because Olympia Development has complied with the applicable provisions of Supplemental Rule F and Chapter Seven of the Local Admiralty Rules, and only Salvatore Dodaro and Maria Farinella have timely filed a claim, Olympia Development's Motion For Default Against Non-Filing Claimants (Dkt. No. 20) is due to be **GRANTED**.

Accordingly it is

**ORDERED, ADJUDGED, and DECREED** that

(1) Plaintiff Olympia Development Group. Inc.'s Motion for Default Against Non-Filing Claimants (Dkt. No. 20) is **GRANTED**.

(2) Default is entered in this action against all persons and entities that have not filed a claim in this action.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 8th day of January 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel and Parties of Record