```
             IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION

                         IN ADMIRALTY
```

OLYMPIA DEVELOPMENT GROUP,
INC., as owner of the motor
vessel Athena, its Engines,
Tackle, Appurtenances, Equipment,
etc., in a cause of exoneration
from or limitation of liability,

       Plaintiff,

v.                              CASE NO. 8:09-cv-2230-T-33AEP

NON-FILING CLAIMANTS, SALVATORE
DODARO, and MARIA FARINELLA,

       Defendants.
_____/

**<u>ORDER</u>**

This matter is before the Court upon consideration of the report and recommendation of the Honorable Anthony E. Porcelli, United States Magistrate Judge (Doc. # 27), which was filed on February 3, 2010, recommending that Plaintiff's Motion to Strike Certain Allegations within Paragraph 15 of the Answer of Salvatore Dodaro (Doc. # 16) be granted. No objections have been filed, and the time to file objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and

recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration, the Court accepts and adopts the report and recommendation.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 27) is **ADOPTED**.

(2) Plaintiff's Motion to Strike Certain Allegations within Paragraph 15 of the Answer of Salvatore Dodaro (Doc. # 16) is **GRANTED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 22nd day of February 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record